UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLINTON OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | Case No. 3:21-cv-931 |
| ) | |
| SINGH DALVIR ARAK ) | |
| Serve: 6950 Kenderry Gate ) | |
|    Mississauga, ON ) | |
|    L5T 2S7, Canada ) | JURY TRIAL DEMANDED |
| ) | |
| and ) | |
| ) | |
| LION FORCE TRANSPORT, INC. ) | |
| A Canadian Corporation ) | Personal Injury–Motor Vehicle |
| Serve: 6950 Kenderry Gate ) | |
|    Mississauga, ON ) | |
|    L5T 2S7, Canada ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

COMES NOW plaintiff, Clinton Owens, and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is a citizen of the State of Missouri.

2. At all times relevant herein, Defendant Lion Force Transport, Inc. was a commercial trucking company, incorporated in the foreign state of Canada, with its principle place of business located in Mississauga, Ontario, Canada.

3. To the best of Plaintiff's knowledge and belief, Defendant Singh Dalvir Arak is a citizen of the foreign state of Canada.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C.

§1332(a)(2) because this case is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of a State and a foreign state.

5. Venue is properly set in this District pursuant to 28 U.S.C. §1391(b) since Defendants transact business within this judicial district. Likewise, a substantial part of the events giving rise to the claim occurred within this judicial district.

## COUNT I

COMES NOW, plaintiff, Clinton Owens, for Count I of his cause of action against defendant Singh Dalvir Arak and states as follows:

6. Paragraphs 1 through 5 above are incorporated in Count I by reference as though fully set forth herein.

7. That Interstate 55 was at all times mentioned an open and public highway situated in St. Clair County, Illinois, and did run in a general north and south direction.

8. That on September 30, 2019, plaintiff was operating a motor vehicle travelling northbound on Interstate 55 at or near St. Clair County, Illinois.

9. That at the same time and place, defendant Arak operated a motor vehicle and as a direct result of the hereinafter described negligence of defendant, a collision occurred between said vehicles causing plaintiff to be thrown about and suffer the hereinafter described injuries and losses.

10. The aforesaid injuries and losses to plaintiff were the direct result of the negligence of defendant in the following particulars, to-wit:

    a. Defendant Arak did immediately prior to and at the time of said occurrence, drive and operate a vehicle at a rate of speed that was high,

excessive and dangerous under the circumstances and conditions then and there existing.

b. Defendant Arak failed and omitted to keep and maintain a careful and vigilant watch and lookout so as to see and discover the presence and movement of other vehicles, in particular the one being operated by plaintiff.

c. Defendant Arak failed and omitted to stop the vehicle he was operating, slacken the speed thereof, swerve the same aside, change the course thereof or sound a warning of his approach and movement when in the exercise of ordinary of care, he could and should have done so and thus and thereby have avoided the injuries and damages to plaintiff.

d. Defendant Arak caused or permitted the front of the vehicle he was operating to overtake and strike the rear of the vehicle operated by plaintiff.

11. That as a direct and proximate result of the negligence and carelessness of defendant, as aforesaid, plaintiff was seriously, painfully and permanently injured in the following respects, to wit: that plaintiff's head, neck, shoulders and upper and lower spine and the bones, joints, muscles, tendons, ligaments and membranes thereof were bruised, contused, wrenched, sprained, strained and rendered swollen, irritated and inflamed; that plaintiff suffered disc protrusions and bulges of one or more discs of his cervical and lumbar spine and suffered from pain and paresthesia into his upper and lower extremities; that plaintiff has incurred necessary medical expenses associated with same, will likely in the future will require additional care and treatment of said injuries and will incur the necessary medical expenses associated with same; that plaintiff likely in the future will suffer from a premature arthritic set up of the bones and

joints of his injuries abovementioned; that all of said injuries and effects are serious and permanent and the function and use of said parts and organs are impaired, diminished and made painful; that plaintiff's ability to work, labor, earn income and enjoy life have been impaired; that plaintiff has lost income through his employment due to the injuries he suffered herein in an amount yet to be determined.

WHEREFORE, plaintiff prays judgment under Count I against defendant Singh Dalvir Arak for such sum which is fair and reasonable in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) to compensate plaintiff for injuries and damages suffered together with costs expended herein, and for such further orders as the Court deems just and proper.

## **COUNT II**

COMES NOW plaintiff, Clinton Owens, and under Count II of his cause of action against defendant Lion Force Transport, Inc., states as follows:

12. Paragraphs 1 through 11 above are incorporated in Count II by reference as though fully set forth herein.

13. That at all times mentioned defendant Lion Force Transport, Inc. (hereinafter "Lion Force Transport") was a corporation authorized to do business in the State of Illinois.

14. At all times mentioned herein defendant Arak was an agent, servant, and/or employee of Lion Force Transport.

15. At all times mentioned herein defendant Arak was acting within the course and scope of his employment with Lion Force Transport at the time the vehicle he was operating vehicle struck the rear of plaintiff's vehicle.

16. That on September 30, 2019 plaintiff was operating a motor vehicle travelling northbound Interstate 55 at or near St. Clair County, Illinois.

17. That at the same time and place, defendant Arak, as agent, servant and/or employee of Lion Force Transport, Inc., operated a motor vehicle and as a direct result of the negligence of Arak, a collision occurred between said vehicles causing plaintiff to be thrown about and suffer the hereinafter described injuries and losses.

18. The aforesaid injuries and losses to plaintiff were the direct result of the negligence of this defendant in the following particulars, to-wit:

    a. Defendant, through its agent, servant and/or employee defendant Arak did immediately prior to and at the time of said occurrence, drive and operate his vehicle at a rate of speed that was high, excessive and dangerous under the circumstances and conditions then and there existing.

    b. Defendant, through its agent, servant and/or employee defendant Arak failed and omitted to keep and maintain a careful and vigilant watch and lookout so as to see and discover the presence and movement of other vehicles, in particular the one being operated by plaintiff.

    c. Defendant, through its agent, servant and/or employee defendant Arak failed and omitted to stop his vehicle, slacken the speed thereof, swerve the same aside, change the course thereof or sound a warning of his approach and movement when in the exercise of ordinary of care, he could and should have done so and thus and thereby have avoided the injuries and damages to plaintiff.

      d. Defendant, through its agent, servant and/or employee defendant Arak caused or permitted the front of his vehicle to overtake and strike the rear of the vehicle operated by plaintiff.

19.    That as a direct and proximate result of the negligence and carelessness of defendant, as aforesaid, plaintiff was seriously, painfully and permanently injured in the following respects, to wit:  that plaintiff's head, neck, shoulders and upper and lower spine and the bones, joints, muscles, tendons, ligaments and membranes thereof were bruised, contused, wrenched, sprained, strained and rendered swollen, irritated and inflamed; that plaintiff suffered disc protrusions and bulges of one or more discs of his cervical and lumbar spine and suffered from pain and paresthesia into his upper and lower extremities; that plaintiff has incurred necessary medical expenses associated with same, will likely in the future will require additional care and treatment of said injuries and will incur the necessary medical expenses associated with same; that plaintiff likely in the future will suffer from a premature arthritic set up of the bones and joints of his injuries abovementioned; that all of said injuries and effects are serious and permanent and the function and use of said parts and organs are impaired, diminished and made painful; that plaintiff's ability to work, labor, earn income and enjoy life have been impaired; that plaintiff has lost income through his employment due to the injuries he suffered herein in an amount yet to be determined.

    WHEREFORE, plaintiff prays judgment against defendant Lion Force Transport, Inc. for such sum which is fair and reasonable in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) to compensate plaintiff for injuries and damages

suffered together with costs expended herein, and for such further orders as the Court deems just and proper.

                HOFFMAN & GELFMAN
                ATTORNEYS, P.C.

                */s/ Lee E. Dalton*
                Lee E. Dalton
                133 South 11th Street, Suite 310
                St. Louis, MO  63102
                (314) 241-1020
                (314) 241-1023 (facsimile)
                Lee@attorneystl.com
                Attorneys for Plaintiff